UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **RANDALL S. JARRED,** | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) No. 4:08CV1382-DJS |
| | ) |
| **MICHAEL J. ASTRUE,** | ) |
| **Commissioner of Social Security,** | ) |
| | ) |
| Defendant. | ) |

## ORDER

Upon careful consideration of the report and recommendation of the United States Magistrate Judge issued on December 17, 2009, and the lack of objections thereto,

**IT IS HEREBY ORDERED** that the magistrate judge's report and recommendation [Doc. #23] is accepted and adopted.

**IT IS FURTHER ORDERED** that the decision of the Commissioner is reversed and this cause is remanded to the Commissioner for further consideration.

Dated this __30th__ day of December, 2009.

/s/ Donald J. Stohr
UNITED STATES DISTRICT JUDGE